*PRELIMINARY PRINT*

VOLUME 604 U. S. PART 1

PAGES 4–5

# OFFICIAL REPORTS

OF

# THE SUPREME COURT

NOVEMBER 6, 2024

Page Proof Pending Publication

REBECCA A. WOMELDORF

REPORTER OF DECISIONS



NOTICE: This preliminary print is subject to formal revision before the bound volume is published.   Users are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

## FACEBOOK, INC. *v.* AMALGAMATED BANK

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED
STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

No. 23–980.　Argued November 6, 2024—Decided November 22, 2024
Certiorari dismissed.　Reported below: 87 F. 4th 934.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

*Kannon K. Shanmugam* argued the cause for petitioners. With him on the briefs were *William T. Marks, Matteo Godi, Audra J. Soloway, Kristina A. Bunting, Joshua S. Lipshutz, Katherine Moran Meeks, Michael J. Kahn,* and *Patrick J. Fuster.*

*Kevin K. Russell* argued the cause for respondents.　With him on the brief were *Daniel H. Woofter, Jason C. Davis, Salvatore J. Graziano, Jeremy P. Robinson, Luke O. Brooks, Joseph D. Daley,* and *Darryl J. Alvarado.*

*Kevin J. Barber* argued the cause for the United States as *amicus curiae* urging affirmance.　With him on the brief were *Solicitor General Prelogar, Deputy Solicitor General Stewart, Megan Barbero, Michael A. Conley, Jeffrey A. Berger,* and *Emily True Parise.**

———————

*Briefs of *amici curiae* urging reversal were filed for the Chamber of Commerce of the United States of America et al. by *Judson O. Littleton, Tyler S. Badgley,* and *Kevin Carroll*; for Law Professors et al. by *Anthony J. Franze, Kolya D. Glick,* and *William T. Sharon*; for the Society for Corporate Governance by *Christopher E. Duffy*; and for the Washington Legal Foundation by *Lyle Roberts, George E. Anhang, Cory L. Andrews,* and *John M. Masslon II.*

Briefs of *amici curiae* urging affirmance were filed for Financial Economists by *Charles Gerstein, Jason Harrow, Leonard Barrack, Gerald J. Rodos,* and *William C. Fredericks*; for Institutional Investors by *Hyland Hunt, Ruthanne M. Deutsch, Jonathan Gardner, Lauren A. Ormsbee,*

Per Curiam

Page Proof Pending Publication

————

*Carol C. Villegas,* and *Michael P. Canty*; for Securities Law Scholars by *John Paul Schnapper-Casteras* and *Andrew L. Zivitz*; and for Technology Industry Policy Advocates et al. by *Elena B. Roberts* and *Adam D. Hollander.*

## Reporter's Note

The attached opinion has been revised to reflect the usual publication and citation style of the United States Reports. The revised pagination makes available the official United States Reports citation in advance of publication. The syllabus has been prepared by the Reporter of Decisions for the convenience of the reader and constitutes no part of the opinion of the Court. A list of counsel who argued or filed briefs in this case, and who were members of the bar of this Court at the time this case was argued, has been inserted following the syllabus. Other revisions may include adjustments to formatting, captions, citation form, and any errant punctuation. The following additional edits were made:

None